Respondent, Appellant.— Judgment affirmed, with costs to the defendant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT TISSIER, Appellant. Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

FREDERICK BACH, Appellant, v. GEORGE KRUG, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ALBERT ROLLMANN, Respondent, v. GREENWICH BANK, Respondent, and THE GREENWICH SAVINGS BANK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THE CITY ISLAND LAND AND DOCK COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of KATHARINE DEGNAN EHRICH, PHILIP L. SMITH and WALTER J. ROSSTON, as Executors, etc., of WILLIAM J. EHRICH, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

FORTUNE GALLO, Appellant, v. TITTA RUFFO, Respondent.— Judgment modified by providing that the dismissal of the first cause of action is for failure of proof and not upon the merits, and as so modified affirmed, with costs to the respondent. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MAXWELL M. WALLACH, Individually and as a Member of the KOLBUSHOWER TEITELBAUM MAXWELL M. WALLACH LODGE NO. 98 OF THE INDEPENDENT ORDER BRITH ABRAHAM OF THE UNITED STATES OF AMERICA, Appellant, v. KOLBUSHOWER TEITELBAUM LODGE No. 98 OF THE INDEPENDENT ORDER BRITH ABRAHAM OF THE UNITED STATES OF AMERICA and Others, Defendants, Impleaded with INDEPENDENT ORDER BRITH ABRAHAM OF THE UNITED STATES OF AMERICA, Respondent. Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J.,. Finch, McAvoy, Martin and Proskauer, JJ.

MAXWELL M. WALLACH, Individually and as a Member of the KOLBUSHOWER TEITELBAUM MAXWELL M. WALLACH LODGE No. 98 OF THE INDEPENDENT ORDER BRITH ABRAHAM OF THE UNITED STATES OF AMERICA, Appellant, v. KOLBUSHOWER TEITELBAUM LODGE No. 98 OF THE INDEPENDENT ORDER BRITH ABRAHAM OF THE UNITED STATES OF AMERICA and Others, Defendants, Impleaded with ALBERT FELLMAN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, Individually and as Trustee, etc., Plaintiff, v. MARYON McCARTER, Individually and as Ancillary Guardian of ANN COOPER HEWITT and Others, Respondents, Appellants, and COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART and Others, Appellants, Respondents, Impleaded with Others, Defendants.— Judgment, so far as appealed from, affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PHILIP STEIN, an Infant, by GUSSIE STEIN, His Guardian ad Litem, Respond-